# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| IAP World Services, Inc. | )  ASBCA No. 59771 |
| | ) |
| Under Contract No. DAKF04-00-C-0002 | ) |

APPEARANCES FOR THE APPELLANT:  Edward Jackson, Esq.
James A. Tucker, Esq.
  Jenner & Block LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
Evan C. Williams, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The dispute which is the subject of this appeal having been settled, the appeal is hereby dismissed with prejudice.

Dated:  28 July 2016

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59771, Appeal of IAP World Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals